UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE DEAN LEA, JR., | Case No. EDCV 22-2190 PA (PVC) |
| Petitioner, | |
| v. | ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| FRANCISCO J. QUINTANA, Warden,[1] | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT IS ORDERED that the Petition is denied and Judgment shall be entered dismissing this action without prejudice for lack of jurisdiction.

---

[1] Francisco J. Quintana, Warden of FCI-Victorville, where Petitioner is currently housed, is substituted for the Respondent erroneously named in the Petition. Fed. R. Civ. P. 25(d).

1   IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the
2   Judgment herein on Petitioner and on counsel for Respondent.
3
4   LET JUDGMENT BE ENTERED ACCORDINGLY.
5
6   DATED: February 16, 2023
7
8                                             _____
9                                             PERCY ANDERSON
                                              UNITED STATES DISTRICT JUDGE