JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE DEAN LEA, JR., <br> Petitioner, <br> v. <br> FRANCISCO J. QUINTANA, Warden,[1] <br> Respondent. | Case No. EDCV 22-2190 PA (PVC) <br><br> **JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

Dated: February 16, 2023

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

---

[1] Francisco J. Quintana, Warden of FCI-Victorville, where Petitioner is currently housed, is substituted for the Respondent erroneously named in the Petition. Fed. R. Civ. P. 25(d).